**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **BARBARA D. JOHANSEN,** | ) | **CASE NO. 7:09CV5004** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **NORTH PLATTE, NEBRASKA** | ) | |
| **HOSPITAL CORPORATION D/B/A** | ) | |
| **GREAT PLAINS REGIONAL MEDICAL** | ) | |
| **CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter comes before the Court on the parties' joint stipulation and motion for dismissal with prejudice (Filing No. 26). The Court, being fully advised in the premises, finds that the Stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly,

IT IS ORDERED:

1.      The joint stipulation and motion for dismissal (Filing No. 26) is approved;

2.      The Complaint is hereby dismissed with prejudice; and

3.      The parties will pay their own costs and attorney fees.

DATED this 8th day of March, 2010.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge